# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-17912  
Case Name: MELTON, GAIL  

Period Ending: 11/04/13

Trustee: (400340) CHARLES R. GOLDSTEIN, Trustee  
Filed (f) or Converted (c): 04/27/12 (f)  
§341(a) Meeting Date: 06/06/12  
Claims Bar Date: 10/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: Single Family, Location: 1002 Wallace | 282,400.00 | 0.00 | | 0.00 | FA |
| 2 | Cash: Emergency Cash | 125.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Account Number XXX4925 | 1,430.36 | 0.00 | | 0.00 | FA |
| 4 | Checking Account: Account Number XXXX5526 | 548.82 | 0.00 | | 0.00 | FA |
| 5 | Savings Account: Account Number XX4925 | 250.93 | 0.00 | | 0.00 | FA |
| 6 | Furniture: Living Room Set, 3 Bedrooms Set, Dini | 275.00 | 0.00 | | 0.00 | FA |
| 7 | Appliances: Refrigerator, Stove, Microwave | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Household: Household Goods | 75.00 | 0.00 | | 0.00 | FA |
| 9 | Office: 2 Computers | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Books-Music: Books/Music | 37.50 | 0.00 | | 0.00 | FA |
| 11 | Clothes: All Clothings | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry: Wedding Ring | 2,500.00 | 0.00 | | 0.00 | FA |
| 13 | Tax Refund Est: Federal Tax Return | 151.50 | 0.00 | | 0.00 | FA |
| 14 | Tax Refund Est: State Tax Return | 185.00 | 0.00 | | 0.00 | FA |
| 15 | Auto: 2003 Lexus GS300<br>    Debtor redeemed full value based on appraisal | 8,800.00 | 2,191.61 | | 2,250.00 | FA |
| 15 | Assets    Totals (Excluding unknown values) | $297,279.11 | $2,191.61 | | $2,250.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    Awaiting order.

**Initial Projected Date Of Final Report (TFR):**   July 6, 2014      **Current Projected Date Of Final Report (TFR):**   September 9, 2013 (Actual)