# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-17912 | | Trustee: | CHARLES R. GOLDSTEIN, Trustee (400340) |
|---|---|---|---|---|
| Case Name: | MELTON, GAIL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******24-66 - Checking Accnt - Deposits |
| Taxpayer ID #: | **-***1895 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 11/04/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/12 | {15} | Gail Melton | (MoneyGram) Redeem Lexus | 1129-000 | 500.00 | | 500.00 |
| 08/30/12 | {15} | Gail Melton | (MoneyGram) Redeem Lexus | 1129-000 | 500.00 | | 1,000.00 |
| 10/01/12 | {15} | Gail Melton | (MoneyGram) Redeem Lexus | 1129-000 | 125.00 | | 1,125.00 |
| 10/31/12 | {15} | Tower Federal Credit Union | Redeem Lexus | 1129-000 | 125.00 | | 1,250.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,225.00 |
| 11/29/12 | {15} | Tower Federal Credit Union | Redeem Lexus | 1129-000 | 125.00 | | 1,350.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,325.00 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001040034088 20121213 | 9999-000 | | 1,325.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,375.00 | 1,375.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,325.00 | |
| | | | Subtotal | | 1,375.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,375.00 | $50.00 | |

{} Asset reference(s)  Printed: 11/04/2013 05:51 PM  V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-17912 | | Trustee: | CHARLES R. GOLDSTEIN, Trustee (400340) |
|---|---|---|---|---|
| Case Name: | MELTON, GAIL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****431566 - Checking Accnt - Deposits |
| Taxpayer ID #: | **-***1895 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 11/04/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,325.00 | | 1,325.00 |
| 12/27/12 | {15} | Tower Federal Credit Union | settlement payment | 1129-000 | 125.00 | | 1,450.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,440.00 |
| 01/24/13 | {15} | Tower Federal Credit Union | settlement payment | 1129-000 | 125.00 | | 1,565.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,555.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,545.00 |
| 03/05/13 | {15} | Tower Federal Credit Union Official Check | settlement payment | 1129-000 | 125.00 | | 1,670.00 |
| 03/28/13 | {15} | Tower Federal Credit Union | settlement payment | 1129-000 | 125.00 | | 1,795.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,785.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,775.00 |
| 05/02/13 | {15} | Tower Federal Credit Union | settlement payment | 1129-000 | 125.00 | | 1,900.00 |
| 05/15/13 | 10101 | Insurance Partners Agency, Inc | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2013 FOR CASE #12-17912, Blanket Bond for Period 3/1/13 to 3/1/14 Inv. 87296 | 2300-000 | | 3.27 | 1,896.73 |
| 05/29/13 | {15} | Tower Federal Credit Union | settlement payment | 1129-000 | 125.00 | | 2,021.73 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,011.73 |
| 06/27/13 | {15} | Tower Federal Credit Union | settlement payment | 1129-000 | 125.00 | | 2,136.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,126.73 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,116.73 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,106.73 |
| | | | ACCOUNT TOTALS | | 2,200.00 | 93.27 | $2,106.73 |
| | | | Less: Bank Transfers | | 1,325.00 | 0.00 | |
| | | | Subtotal | | 875.00 | 93.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $875.00 | $93.27 | |

|  | Net Receipts : | 2,250.00 |
|---|---|---|
|  |  | —————— |
|  | Net Estate : | $2,250.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******24-66 | 1,375.00 | 50.00 | 0.00 |
| Checking # ****431566 | 875.00 | 93.27 | 2,106.73 |
| | $2,250.00 | $143.27 | $2,106.73 |

{} Asset reference(s)

Printed: 11/04/2013 05:51 PM    V.13.13