Printed: 11/04/13 05:51 PM     **EXHIBIT C-Claims Distribution Register**     Page: 1

**Case: 12-17912    MELTON, GAIL**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/27/12 | 200 | CHARLES R. GOLDSTEIN, Trustee<br>1 EAST PRATT STREET<br>SUITE 800<br>BALTIMORE, MD 21202<br><2100-00 Trustee Compensation> | 562.50 | 562.50 | 0.00 | 562.50 | 562.50 |
| | | | **Priority 200: 100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/20/12 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)> | 7,174.00 | 7,174.00 | 0.00 | 7,174.00 | 541.63 |
| 3 | 10/03/12 | 610 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00 General Unsecured § 726(a)(2)> | 2,524.67 | 2,524.67 | 0.00 | 2,524.67 | 190.61 |
| 2 | 08/02/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00 General Unsecured § 726(a)(2)> | 10,755.11 | 10,755.11 | 0.00 | 10,755.11 | 811.99 |
| | | | **Total for Priority 610: 7.54985% Paid** | **$20,453.78** | **$20,453.78** | **$0.00** | **$20,453.78** | **$1,544.23** |
| | | | **Total for Unsecured Claims:** | **$20,453.78** | **$20,453.78** | **$0.00** | **$20,453.78** | **$1,544.23** |
| | | | **Total for Case :** | **$21,016.28** | **$21,016.28** | **$0.00** | **$21,016.28** | **$2,106.73** |